No. 77–5419. TWYMAN *v.* OKLAHOMA ET AL., 434 U. S. 1071;

No. 77–5695. MOORE *v.* BRIERTON, WARDEN, 434 U. S. 1088;

No. 77–5721. THORNTON *v.* GEORGIA, 434 U. S. 1073;

No. 77–5748. SMITH *v.* UNITED STATES, *ante,* p. 915;

No. 77–5811. GILBERT *v.* YALANZON, 434 U. S. 1049;

No. 77–5870. BARNETT ET UX. *v.* CISNEROS ET AL., 434 U. S. 1075;

No. 77–5963. RAITPORT *v.* BANK & TRUST COMPANY OF OLD YORK ROAD ET AL., 434 U. S. 1077;

No. 77–6000. HALEY *v.* FLORIDA, *ante,* p. 906; and

No. 77–6006. TYLER *v.* PEACH ET AL., *ante,* p. 906. Petitions for rehearing denied.

No. 77–5048. DUDAR *v.* UNITED STATES, 434 U. S. 864. Motion for leave to file petition for rehearing denied.

APRIL 17, 1978

No. 77–971. NORTH CAROLINA EX REL. MORROW ET AL. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. E. D. N. C. Motions of Pacific Legal Foundation and Association of American Physicians & Surgeons, Inc., for leave to file briefs as *amici curiae* granted. Judgment affirmed.

No. 77–981. M. R. T. S., INC., DBA CLASSIC CAT THEATER *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 77–982. TASELLI ET AL. *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.